David L. Speckman, Esq., SBN 178180
**SPECKMAN LAW FIRM, APC.**
1350 Columbia Street, Suite 503
SpeckmanAndAssociates@gmail.com
San Diego, CA 92101
Telephone: (619) 696-5151
Facsimile: (619) 696-5196

Attorney for Debtors: Richard Allen Dhu and Sandra Schwarzmann

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>    Richard Allen Dhu and Sandra Schwarzmann | **Chapter 13**<br><br>**Case No. 17-01176-CL13**<br><br>**NOTICE OF WITHDRAWAL**<br><br>Docket #40 and 42<br><br>Motion to Sell Real Property and Notice of Motion. |

**TO:   THE HONORABLE CHRISTOPHER B. LATHAM, AND ALL CREDITORS.**

    David L. Speckman, Esq., Speckman Law Firm, counsel for Debtors, Richard Allen Dhu and Sandra Schwarzmann, hereby withdraw their Notice of Hearing and Motion to Sell Real Property as Docket no. 40 & 42 filed on September 5, 2018. This matter is scheduled for October 10, 2018 at 10:00 a.m. in department 5, room 318.

Dated: September 24, 2018                    SPECKMAN LAW FIRM, APC.

                                                    By:/s/ David L Speckman
                                                    David L. Speckman, Esq.
                                                    Attorneys for Debtor

Certificate of Service

I am employed by Speckman Law Firm, and my business address is 1350 Columbia Street, Suite 503, San Diego, CA 92101. I am over the age of 18 years and I am not a party to the cause.

On September 30, 2018, at Speckman Law Firm, I cause the following documents to be served: Notice of Withdrawal Motion to Sell and Notice of Hearing, docket 40 and 42.

Service by First Class Mail and E-mail:


See attached Service List


I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.


Dated: 9/24/2018


/S/ DAVID L. SPECKMAN

DAVID SPECKMAN, Esq.